# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CLB61, INC. AND SC&T, LLC

VERSUS

HOME OIL COMPANY, LLC

  CONSOLIDATED WITH

HOME OIL COMPANY, LLC

VERSUS

CLB61, INC., SC&T, LLC AND
CHARLES BELL

NO. 2023 CW 0190

**APR 1 9 2023**

---

In Re: CLB61, Inc. and SC&T, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 583654 c/w 583780.

---

**BEFORE: McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

  **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

PMc

HG

  **Holdridge, J.,** concurs. Relator can proffer any evidence that the trial court prohibited relator from introducing. See La. Code Civ. P. art. 1636.

COURT OF APPEAL, FIRST CIRCUIT

*a. S_____*

---
  DEPUTY CLERK OF COURT
   FOR THE COURT